PROB 22
(Rev. 2/88)

DOCKET NUMBER (Tran. Court)
1:12CR00411-001JB

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Rec. Court)
2:14CR-00577-DSF

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joshua Ferdman | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James O. Browning | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/09/2014 | TO 01/08/2017 |

OFFENSE
Conspiracy; 18 U.S.C. § 371 and Access Device Fraud and Aiding and Abetting; 18 U.S.C. § 1029(a)(2)

FILED
CLERK, U.S. DISTRICT COURT
OCT 01 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: LR  DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEW MEXICO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 20, 2014
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __CALIFORNIA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/30/14
Effective Date

George H. King, Chief U.S. District Judge