# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

October 7, 2014

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 0 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, CA  90012

> **RE:  *USA v. Joshua Ferdman, CR 12-411 JB,***
> ***Your Case No. 2:14-cv-577-DSF***

Dear Clerk:

The above mentioned individual has been transferred to your Court pursuant to 28 U.S.C. Sec. 3605.

You may access the Order Transferring Jurisdiction as well as all public documents for this case at our DCN CM/ECF web address:

http://ecf.nmd.uscourts.gov

If you need additional information, please contact me at 505-348-2014.

MATTHEW J. DYKMAN, Clerk of Court

By: _____
Debbie Wheeler, Case Administrator

APPEAL

# U.S. District Court
## District of New Mexico - Version 6.1 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:12-cr-00411-JB-1

Case title: USA v. Ferdman et al

Date Filed: 02/28/2012
Date Terminated: 11/08/2013

Assigned to: District Judge James O. Browning
Appeals court case number: 13-2196 Tenth Circuit
USCA

### Defendant (1)

**Joshua Ferdman**
*TERMINATED: 11/08/2013*

represented by **John Van Butcher**
Federal Public Defender's Office
111 Lomas, Blvd, NW
Suite 501
Albuquerque, NM 87102
505-346-2489
Fax: 505-346-2494
Email: john_butcher@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:371: Conspiracy
(1)

18:1029(a)(2): Access Device Fraud and 18:2:
Aiding and Abetting
(2)

### Disposition

SENTENCE IMPOSED: CBOP 15 months, as to each count, to run concurrently; 3 years supervised release w/special conditions; SPA $200.00; restitution in the amount of $48,715.59; deft in custody

SENTENCE IMPOSED: CBOP 15 months, as to each count, to run concurrently; 3 years supervised release w/special conditions; SPA $200.00; restitution in the amount of $48,715.59; deft in custody

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

### Surety

**Said Levi**

**Plaintiff**

**USA**                          represented by   **Cynthia L. Weisman**
U.S. Attorney's Office
P.O. Box 607
Albuquerque, NM 87103
505-346-7274
Fax: 505-346-7296
Email: cynthia.weisman@usdoj.gov
*TERMINATED: 09/22/2014*
*LEAD ATTORNEY*
*Designation: Retained*

**John C. Anderson**
Holland & Hart LLP
PO Box 2208
Santa Fe, NM 87504
505-988-4421
Fax: 505-983-6043
Email: jcanderson@hollandhart.com
*TERMINATED: 10/15/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sean J. Sullivan**
U.S. Attorney's Office
201 Third Street NW
Suite 900
Albuquerque, NM 87102
505-346-7274
Fax: 505-346-7296
Email: sean.j.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stephen R. Kotz**
US Attorney's Office - ABQ
District of New Mexico
PO Box 607
Albuquerque, NM 87103
Email: steve.kotz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2012 | 2 | REDACTED INDICTMENT by USA as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella and Joseph Cohen (emr) (Entered: 02/29/2012) |
| 03/06/2012 | | Arrest of Joshua Ferdman in Central California. (mjr) (Entered: 03/19/2012) |
| 03/07/2012 | 15 | ORDER Setting Conditions of Release as to Joshua Ferdman (1) Surety Bond/Appearance Bond: $75,000.00; Surety: Howard Chapnick. (mjr) (Entered: 03/19/2012) |
| 03/08/2012 | 7 | MOTION to Unseal Document *Indictment* by USA as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. (Anderson, John) Modified document security on 3/8/2012 (rh). (Entered: 03/08/2012) |
| 03/08/2012 | 8 | ORDER by Magistrate Judge Stephan M. Vidmar granting 7 Motion to Unseal *Indictment* as to Joshua Ferdman (1), Amir Meir Levi (2), Jeffrey P Contella (3) & Joseph Cohen (4) (rh) (Entered: 03/08/2012) |

| 03/08/2012 | | Case unsealed as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen (rh) (Entered: 03/08/2012) |
|---|---|---|
| 03/13/2012 | | Judge update in case as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, and Joseph Cohen. Chief Judge Bruce D. Black added. Judge Unassigned no longer assigned to case. (mlg) (Entered: 03/13/2012) |
| 03/19/2012 | 16 | Rule 5 Documents Received as to Joshua Ferdman. (mjr) (Entered: 03/19/2012) |
| 03/19/2012 | 17 | NOTICE OF HEARING as to Joshua Ferdman, Jeffrey P Contella, Joseph Cohen Initial Appearance set for 3/21/2012 at 01:30 PM in Albuquerque - 340 Pecos Courtroom before Magistrate Judge Lorenzo F. Garcia. (dds)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/19/2012) |
| 03/20/2012 | 21 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER John Van Butcher for Joshua Ferdman by Magistrate Judge Lorenzo F. Garcia (kd)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/20/2012) |
| 03/21/2012 | 22 | Clerk's Minutes before Magistrate Judge Lorenzo F. Garcia: Initial Appearance/Arraignment as to Joshua Ferdman (1) Count 1,2 held; motions due 4/10/12; deft continued on release (Tape #:FTR-Pecos @ 9:43 am) (kd) (Entered: 03/21/2012) |
| 03/21/2012 | 25 | DISCOVERY ORDER as to Joshua Ferdman, Jeffrey P Contella, and Joseph Cohen by Magistrate Judge Lorenzo F. Garcia (kd) (Entered: 03/21/2012) |
| 03/21/2012 | 26 | ORDER Adopting Conditions of Release as to Joshua Ferdman by Magistrate Judge Lorenzo F. Garcia (kd) (Entered: 03/21/2012) |
| 04/12/2012 | 33 | NOTICE OF HEARING as to Joshua Ferdman, Jeffrey P Contella and Joseph Cohen: Jury Selection/Jury Trial set for 6/4/2012 at 9:00 AM in Santa Fe - Aspen Courtroom (2nd Floor) before Chief Judge Bruce D. Black. (mjr) (Entered: 04/12/2012) |
| 04/25/2012 | 35 | Joint MOTION to Continue *the Pretrial Motions Deadline and June 2012 Tiral Setting* by Joshua Ferdman, Jeffrey P Contella, Joseph Cohen. (Sirignano, Amy) (Entered: 04/25/2012) |
| 04/25/2012 | 36 | ORDER TO CONTINUE as to Joshua Ferdman, Jeffrey P Contella and Joseph Cohen; Jury Selection/Jury Trial set for 8/6/2012 at 9:00 AM in Santa Fe - Aspen Courtroom (2nd Floor) before Chief Judge Bruce D. Black. (mjr) (Entered: 04/25/2012) |
| 06/06/2012 | 57 | ASSOCIATION of Attorney Licensed Outside the District for Defendant Amir Meir Levi by Mark D. Jarmie on behalf of:<br>Tiffany E. Feder<br>15760 Ventura Blvd, Suite 1750<br>Encino, CA 91436<br>818-380-7500<br>tiffany@tiffanyfeder.com<br><br>(Association Dues - Online Payment)<br>(Jarmie, Mark)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 06/06/2012) |
| 06/06/2012 | | Association Dues Received: $ 100 receipt number 1084-2552537 re: # 57 Association of Attorney Licensed Outside the District, filed by Amir Meir Levi (Payment made via Pay.gov)(Jarmie, Mark) (Entered: 06/06/2012) |
| 06/07/2012 | 60 | NOTICE *of Certification* by Amir Meir Levi as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen (Jarmie, Mark) (Entered: 06/07/2012) |
| 07/20/2012 | 68 | Unopposed MOTION to Continue *the Discovery motions deadline and August 6, 2012 Trial setting* by Jeffrey P Contella as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. (Sirignano, Amy) (Entered: 07/20/2012) |
| 07/26/2012 | 69 | NOTICE re: Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella and Joseph Cohen - Calendar Call scheduled on 7/26/12 before Judge Bruce D. Black is vacated. Motion to continue has been filed and case to be reset at a later date.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (gr) (Entered: 07/26/2012) |
| 08/03/2012 | 70 | ORDER TO CONTINUE as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella and Joseph Cohen; Jury Selection/Jury Trial set for 9/4/2012 at 9:00 AM in Santa Fe - Aspen Courtroom (2nd Floor) before Chief Judge Bruce D. Black. (mjr) (Entered: 08/03/2012) |

| 08/22/2012 | 74 | Petition for Action on Conditions of Release as to Joshua Ferdman (Lovato, John) Modified security on 1/22/2013 (mlg). (Entered: 08/22/2012) |
| 08/23/2012 | 77 | ORDER TO CONTINUE by Chief Judge Bruce D. Black re: 73 Unopposed MOTION to Continue *Pretrial Motions Deadline and September 4 2012 Trial Setting*. (mjr) (Entered: 08/23/2012) |
| 08/30/2012 | | Judge update in case as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. District Judge James O. Browning added. Chief Judge Bruce D. Black no longer assigned to case. (mlg) (Entered: 08/30/2012) |
| 08/31/2012 | 78 | PLEASE TAKE NOTICE that this case has been reassigned to District Judge James O. Browning.

The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* Kindly reflect this change in your filings.

Chief Judge Bruce D. Black no longer assigned to this case.
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (mjr) (Entered: 08/31/2012) |
| 09/17/2012 | 79 | NOTICE OF HEARING as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen: Jury Selection/Trial set for 10/15/2012 at 09:00 AM in Albuquerque - 460 Vermejo Courtroom before District Judge James O. Browning. (dmw) (Entered: 09/17/2012) |
| 10/05/2012 | 83 | Unopposed MOTION for Scheduling Conference by USA as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. (Anderson, John) (Entered: 10/05/2012) |
| 10/09/2012 | 84 | Unopposed MOTION to Continue *JOINT STIPULATED MOTION TO CONTINUE THE PRETRIAL MOTIONS DEADLINE AND OCTOBER 15, 2012, TRIAL SETTING* by Jeffrey P Contella as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. (Sirignano, Amy) Modified text on 10/10/2012 (dmw). (Entered: 10/09/2012) |
| 10/12/2012 | 87 | ORDER TO CONTINUE by District Judge James O. Browning granting 84 Unopposed Joint MOTION to Continue *PRETRIAL MOTIONS DEADLINE AND TRIAL SETTING* and rescheduling on 11/14/2012 at 09:00 AM in Albuquerque - 460 Vermejo Courtroom; motions deadline 11/7/2012 (dmw) (Entered: 10/15/2012) |
| 10/25/2012 | 90 | NOTICE of Status Conference scheduled for 11/1/2012 at 09:00 AM in Albuquerque - 460 Vermejo Courtroom before District Judge James O. Browning. (kw)
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 10/25/2012) |
| 10/29/2012 | 91 | Opposed MOTION to Continue *THE NOVEMBER 1, 2012 STATUS CONFERENCE, THE NOVEMBER 7, 2012 PRETRIAL MOTIONS DEADLINE, AND THE NOVEMBER 14, 2012 TRIAL SETTING* by Jeffrey P Contella as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. (Sirignano, Amy) (Entered: 10/29/2012) |
| 10/30/2012 | 93 | RESPONSE to Motion by USA as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen re 91 Opposed MOTION to Continue *THE NOVEMBER 1, 2012 STATUS CONFERENCE, THE NOVEMBER 7, 2012 PRETRIAL MOTIONS DEADLINE, AND THE NOVEMBER 14, 2012 TRIAL SETTING* (Anderson, John) (Entered: 10/30/2012) |
| 10/30/2012 | 94 | ORDER TO CONTINUE by District Judge James O. Browning granting 91 MOTION to Continue *THE NOVEMBER 1, 2012 STATUS CONFERENCE, THE NOVEMBER 7, 2012 PRETRIAL MOTIONS DEADLINE, AND THE NOVEMBER 14, 2012 TRIAL SETTING* and rescheduling Trial on 11/26/2012 at 09:00 AM and Status Conference on 11/8/2012 at 03:00 PM, in Albuquerque - 460 Vermejo Courtroom; motions deadline 11/15/2012 (dmw) (Entered: 10/31/2012) |
| 11/07/2012 | 97 | NOTICE *of Authority Concerning Rule 43* by USA as to Joshua Ferdman (Anderson, John) (Entered: 11/07/2012) |
| 11/07/2012 | 98 | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, vacating the Status Conference scheduled for 11/8/2012. (kw)
[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/07/2012) |
| 11/07/2012 | 99 | Unopposed MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Joshua Ferdman. (Anderson, John) (Entered: 11/07/2012) |
| 11/15/2012 | 100 | Joint MOTION for Order *Scheduling* by Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen (Sirignano, Amy) Modified filer/text on 11/15/2012 (dmw). (Entered: 11/15/2012) |

| | | |
|---|---|---|
| 11/16/2012 | 101 | ORDER by District Judge James O. Browning granting 100 Joint MOTION for Scheduling Order (dmw) (Entered: 11/16/2012) |
| 11/20/2012 | 102 | ORDER by Magistrate Judge W. Daniel Schneider granting 99 Motion for Writ of Habeas Corpus ad prosequendum as to Joshua Ferdman for hearing on 11/26/12 @ 9:00 a.m. (1) (dds) (Entered: 11/21/2012) |
| 11/20/2012 | 103 | Writ of Habeas Corpus ad Prosequendum Issued as to Joshua Ferdman for 11/26/12 @ 9:00 a.m. before U.S. District Judge Browning (two certified copies provided to US Marshal) (dds) (Entered: 11/21/2012) |
| 12/12/2012 | 104 | AMENDED ORDER for Writ of Habeas Corpus Ad Proseqendum as to Joshua Ferdman by Magistrate Judge W. Daniel Schneider (emr) (Entered: 12/14/2012) |
| 12/13/2012 | 105 | Writ of Habeas Corpus ad Prosequendum Issued as to Joshua Ferdman for February 14, 2013 @ 9:00 a.m. before Judge Browning (emr) (Entered: 12/14/2012) |
| 01/03/2013 | 108 | Rule 5 Documents Received from the Central District of California (Western Division - Los Angeles) as to Joshua Ferdman (mlg) (Entered: 01/04/2013) |
| 01/04/2013 | 110 | NOTICE of Intention to Introduce Co-Conspirator Statements and Request for James Hearing by USA as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Anderson, John) (Entered: 01/04/2013) |
| 01/22/2013 | | Arrest of Joshua Ferdman on Petition (mlg) (Entered: 01/22/2013) |
| 01/22/2013 | 115 | NOTICE OF HEARING as to Joshua Ferdman: Initial Appearance on Petition set for 1/22/2013 at 09:30 AM in Albuquerque - 340 Pecos Courtroom before Magistrate Judge Robert Hayes Scott. (mlg) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/22/2013) |
| 01/22/2013 | 116 | Clerk's Minutes before Magistrate Judge Robert Hayes Scott: Initial Appearance re Petition for Action on Conditions of Pretrial Release as to Joshua Ferdman held; Show Cause/Detention Hearing set for 1/23/2013 at 09:30 AM in Albuquerque - 340 Pecos Courtroom before Magistrate Judge Lorenzo F. Garcia; deft held in custody of USMS (Tape #:Liberty - Pecos) (kd) (Entered: 01/22/2013) |
| 01/22/2013 | 117 | ORAL ORDER of Temporary Detention pending hearing as to Joshua Ferdman by Magistrate Judge Robert Hayes Scott (kd) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/22/2013) |
| 01/22/2013 | 118 | MOTION for Detention Hearing and Continuance by USA as to Joshua Ferdman. (mlg) (Entered: 01/22/2013) |
| 01/23/2013 | 119 | Clerk's Minutes before Magistrate Judge Lorenzo F. Garcia: Show Cause/Detention Hearing on the Petition for Action on Conditions of Pretrial Release as to Joshua Ferdman held; deft remanded to custody of USMS (Tape #:Liberty - Pecos) (kd) (Entered: 01/23/2013) |
| 01/23/2013 | 120 | ORDER Revoking Conditions of Release by Magistrate Judge Lorenzo F. Garcia as to Joshua Ferdman, re: 118 MOTION to Detain filed by USA (kd) (Entered: 01/23/2013) |
| 01/23/2013 | 121 | WAIVER of Detention Hearing by Joshua Ferdman (mlg) (Entered: 01/24/2013) |
| 01/29/2013 | 129 | Arrest Warrant Returned Executed on 1/22/13 as to Joshua Ferdman. (mjr) (Entered: 02/05/2013) |
| 02/05/2013 | 130 | NOTICE OF HEARING as to Joshua Ferdman: Change of Plea Hearing set for 2/14/2013 at 10:30 AM in Albuquerque - 520 Gila Courtroom before Magistrate Judge Alan C. Torgerson. (cl) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/05/2013) |
| 02/13/2013 | 136 | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, vacating the Pretrial Conference and Motion Hearing scheduled for 2/14/2013 as a result of the change of plea hearing scheduled for the same day for the remaining Defendant pending trial in this matter. (kw) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/13/2013) |
| 02/14/2013 | 137 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Joshua Ferdman (dds) (Entered: 02/14/2013) |
| 02/14/2013 | 138 | Clerk's Minutes for proceedings held before Magistrate Judge Alan C. Torgerson: Plea Hearing as to Joshua Ferdman held on 2/14/2013, deft pled guilty as to Indictment; Court to notify as to sentencing date; deft held in custody (Tape #:Liberty-Gila @ 11:11 a.m.) (dds) (Entered: 02/19/2013) |
| 02/14/2013 | 211 | CORRECTED Clerk's Minutes for proceedings held before Magistrate Judge Alan C. Torgerson: Plea Hearing as to Joshua Ferdman held on 2/14/2013, deft pled guilty as to Indictment; Court to notify as to sentencing date; Presentence Report Ordered; deft held in custody (Tape #:Liberty-Gila @ 11:11 a.m.) (mlg) (Entered: 09/03/2014) |

| 02/26/2013 | 139 | NOTICE of sentencing hearing for Defendant Joshua Ferdman scheduled for 5/17/2013 at 09:00 AM in Albuquerque - 480 Chama Courtroom before District Judge James O. Browning. (kw) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 02/26/2013) |
|---|---|---|
| 05/09/2013 | 154 | Unopposed MOTION to Continue *Sentencing Hearing (May 17, 2013)* by Joshua Ferdman. (Butcher, John) (Entered: 05/09/2013) |
| 05/14/2013 | 156 | ORDER by District Judge James O. Browning granting 154 Motion to Continue Sentencing as to Joshua Ferdman and rescheduling on 7/9/2013 at 02:30 PM in Albuquerque - 460 Vermejo Courtroom. (dmw) (Entered: 05/14/2013) |
| 07/01/2013 | 171 | Unopposed MOTION to Continue *Sentencing Hearing (July 9, 2013)* by Joshua Ferdman. (Butcher, John) (Entered: 07/01/2013) |
| 07/03/2013 | 174 | ORDER by District Judge James O. Browning granting 171 Motion to Continue Sentencing as to Joshua Ferdman and rescheduling on 7/29/2013 at 01:30 PM in Albuquerque - 460 Vermejo Courtroom. (dmw) (Entered: 07/03/2013) |
| 07/25/2013 | 190 | Unopposed MOTION to Continue *Sentencing Hearing (July 29, 2013)* by Joshua Ferdman. (Butcher, John) (Entered: 07/25/2013) |
| 07/30/2013 | 194 | ORDER by District Judge James O. Browning granting 190 Motion to Continue Sentencing as to Joshua Ferdman and rescheduling on 8/16/2013 at 10:00 AM in Albuquerque - 460 Vermejo Courtroom. (dmw) (Entered: 07/30/2013) |
| 08/02/2013 | 197 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Joshua Ferdman *and Restitution and Sentencing Memorandum* (Attachments: # 1 Appendix Cost Table/Receipts)(Butcher, John) (Entered: 08/02/2013) |
| 08/07/2013 | 198 | RESPONSE by USA as to Joshua Ferdman re 197 Objection to Presentence Investigation Report *and Sentencing Memorandum* (Anderson, John) (Entered: 08/07/2013) |
| 08/09/2013 | 201 | MINUTE ORDER, pursuant to the direction of District Judge James O. Browning, rescheduling the sentencing hearing for Defendant Joshua Ferdman scheduled for 8/16/2013 to commence at 01:30 PM. (kw) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/09/2013) |
| 08/14/2013 | 254 | LETTER from Sheri Davis as to Joshua Ferdman (dmw) (Entered: 02/14/2014) |
| 08/15/2013 | 203 | REPLY by Joshua Ferdman re 197 Objection to Presentence Investigation Report, 198 Response *by the United States* (Butcher, John) (Entered: 08/15/2013) |
| 08/16/2013 | 204 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Joshua Ferdman *(AMENDED)* (Attachments: # 1 Exhibit Sales Receipts)(Butcher, John) (Entered: 08/16/2013) |
| 08/16/2013 | 206 | MOTION for Downward Adjustment by USA as to Joshua Ferdman. (dmw) (Entered: 08/19/2013) |
| 08/16/2013 | 207 | ORDER by District Judge James O. Browning granting 206 Motion for Downward Adjustment as to Joshua Ferdman (1) (dmw) (Entered: 08/19/2013) |
| 08/16/2013 | 252 | Clerk's Minutes for proceedings held before District Judge James O. Browning: Sentencing held on 8/16/2013 for Joshua Ferdman (1), Count(s) 1, 2, SENTENCE IMPOSED: CBOP 15 months, as to each count, to run concurrently; 3 years supervised release w/special conditions; SPA $200.00; restitution in the amount of $48,715.59; deft in custody. (Court Reporter: Danna Everett) (dmw) (Entered: 02/13/2014) |
| 08/26/2013 | 209 | ORDER by District Judge James O. Browning granting 208 Motion to Continue Sentencing Date, All Deadlines to Object to Presentence Investigation and Move for Downward Departure. THEREFORE, IT IS ORDERED that the deadline for Mr. Levi's objections to the PSR and motion for downward departure are continued for approximately one month, and the August 26, 2013 sentencing hearing is continued. Sentencing rescheduled for 10/3/2013 at 01:30 PM. (kg) (Entered: 08/26/2013) |
| 10/15/2013 | 222 | NOTICE of Attorney Substitution: Sean J. Sullivan substituted for John C. Anderson (Sullivan, Sean) (Entered: 10/15/2013) |
| 10/15/2013 | | Attorney update in case as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. Attorney Sean J. Sullivan for USA added. (dmw) (Entered: 10/16/2013) |
| 10/24/2013 | 225 | MEMORANDUM OPINION AND ORDER by District Judge James O. Browning overruling in part and sustaining in part 197 Defendant's Objections to Presentence Investigation Report, Restitution and Sentencing Memorandum and 204 Defendant's Amended Objections to Presentence Investigation Report as further described herein. (kg) (Entered: 10/24/2013) |

| | | |
|---|---|---|
| 11/08/2013 | 233 | JUDGMENT by District Judge James O. Browning as to Defendant Joshua Ferdman. (kw) (Entered: 11/08/2013) |
| 11/15/2013 | 235 | NOTICE OF APPEAL by Joshua Ferdman re 233 Judgment (Filing Fee - Waived) (Butcher, John) (Entered: 11/15/2013) |
| 11/15/2013 | 236 | Transmission of Preliminary Record as to Joshua Ferdman to US Court of Appeals re 235 Notice of Appeal - Final Judgment (dmw) (Entered: 11/15/2013) |
| 11/21/2013 | 237 | DESIGNATION OF RECORD ON APPEAL by Joshua Ferdman re 235 Notice of Appeal - Final Judgment (Attachments: # 1 Appendix Docket sheet)(Butcher, John) (Entered: 11/21/2013) |
| 11/21/2013 | 238 | TRANSCRIPT ORDER FORM by Joshua Ferdman requesting the proceedings held on 08/16/2013 be transcribed for the 235 Notice of Appeal - Final Judgment (Butcher, John) (Entered: 11/21/2013) |
| 12/03/2013 | 239 | Court Reporter's Transcript Order Form filed on 12/3/2013 re 235 Notice of Appeal - Final Judgment Estimated Completion Date: 1/1/2014. Notice of Intent to Request Redaction set for 12/10/2013. Redaction Request due 12/24/2013. Redacted Transcript Deadline set for 1/3/2014. Release of Transcript Restriction set for 3/3/2014.(dse) (Entered: 12/03/2013) |
| 01/03/2014 | 241 | TRANSCRIPT of Sentencing Hearing as to Joshua Ferdman for August 16, 2013, before Judge James O. Browning, re 235 Notice of Appeal - Final Judgment Court Reporter:Danna Schutte Everett, Telephone number (575)528-1656. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction set for 1/10/2014. Redaction Request due 1/24/2014. Redacted Transcript Deadline set for 2/3/2014. Release of Transcript Restriction set for 4/3/2014.(dse) (Entered: 01/03/2014) |
| 01/06/2014 | 242 | Transmitted Record on Appeal in 3 Volume(s) to US Court of Appeals as to Joshua Ferdman re 235 Notice of Appeal - Final Judgment (dmw) (Entered: 01/07/2014) |
| 01/07/2014 | 243 | NOTICE of Docketing Record on Appeal from USCA as to Joshua Ferdman re 235 Notice of Appeal - Final Judgment filed by Joshua Ferdman. USCA Case Number 13-2196 [THIS IS A TEXT ONLY ENTRY - THERE ARE NO DOCUMENTS ATTACHED] (dmw) (Entered: 01/07/2014) |
| 02/27/2014 | 255 | NOTICE OF ATTORNEY APPEARANCE Cynthia L. Weisman appearing for USA. *appearance by AUSAs Stephen R. Kotz and Cynthia L. Weisman* (Weisman, Cynthia) (Entered: 02/27/2014) |
| 02/27/2014 | | Attorney update in case as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen. Attorneys Stephen R. Kotz, Cynthia L. Weisman for USA added. (dmw) (Entered: 02/27/2014) |
| 09/22/2014 | 277 | ORDER Transferring Jurisdiction - Part I as to Joshua Ferdman by District Judge James O. Browning on 9/22/2014, pursuant to 18 U.S.C. 3605 for purposes of probation or supervised release. This document will be sent by USPPS-DNM to the receiving district for execution of Part 2, Order Accepting Jurisdiction. (dmw) (Entered: 09/22/2014) |
| 09/22/2014 | 278 | NOTICE of *withdrawal of AUSA Cynthia Weisman* by USA as to Joshua Ferdman, Amir Meir Levi, Jeffrey P Contella, Joseph Cohen (Weisman, Cynthia) (Entered: 09/22/2014) |
| 09/22/2014 | | Attorney update in case. Attorney Cynthia L. Weisman terminated pursuant to Notice 278 (dmw) (Entered: 09/23/2014) |
| 10/06/2014 | 279 | Probation/Supervised Release Jurisdiction Transferred to Central District of California as to Joshua Ferdman. Letter containing DNM case number and docket access information mailed to receiving court. (dmw) (Entered: 10/07/2014) |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT   FEB 2 8 2012

FOR THE DISTRICT OF NEW MEXICO   MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 12-411 |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. § 371: Conspiracy; |
| | ) | |
| JOSHUA FERDMAN, | ) | Count 2: 18 U.S.C. § 1029(a)(2): Access Device |
| AMIR MEIR LEVI, | ) | Fraud and 18 U.S.C. § 2: Aiding and Abetting. |
| JEFFREY P. CONTELLA and | ) | |
| JOSEPH COHEN, | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

General Allegations

1.      Sprint Nextel Corporation ("Sprint") is a nationwide provider of wireless

communication services.  In addition to providing wireless telephone and data service, Sprint

also sells wireless telephones and related equipment.  Sprint maintains a nationwide network of

retail stores at which customers can purchase Sprint communications services and wireless

telephone equipment.

2.      When an individual or organization contracts with Sprint for wireless telephone

service, a Sprint account is created for that individual or organization.  Thereafter, that individual

or organization can buy additional phones or services from Sprint and have such items or

services billed to their Sprint account.

3.      This system is subject to periodic abuse.  Account numbers can be stolen and

Sprint phones can be fraudulently obtained in any number of ways.  Sprint takes steps to combat

such fraud. Of particular relevance to the present indictment, each cellular telephone, including each Sprint phone, has a unique "Electronic Serial Number" ("ESN"). In order to prevent and deter fraud, when Sprint learns that a phone has been lost, stolen, or obtained by fraud, Sprint essentially "blacklists" the ESN corresponding to that phone, such that the phone can never again be activated on the Sprint network. Such a phone is colloquially known as having a "bad ESN." Although phones can also receive a "bad ESN" designation as a result of non-payment of bills, the vast majority of "bad ESN" phones are the product of theft, loss, or fraud.

4.      Despite their inability to be activated on the Sprint network, however, there is still a market for "bad ESN" phones. Such phones can be "flashed" or have their factory settings erased, such that they can be activated on another network, including networks operating overseas.

5.      At all times relevant to this indictment, the defendants **JOSHUA FERDMAN** (**"FERDMAN"**), **AMIR MEIR LEVI ("LEVI"), JEFFREY P. CONTELLA** (**"CONTELLA"**) and **JOSEPH COHEN ("COHEN")** resided in the greater Los Angeles area.

6.      At all times relevant to this indictment, **COHEN** owned and operated ICT Global, Inc. ICT's primary business was the purchase and resale of various type of electronic devices, including cellular phones. ICT maintained a physical storefront in Van Nuys, California, but also sold a significant portion of merchandise through Icelltech, a on-line store hosted by Ebay. The proceeds from the sales of this merchandise were regularly received into **COHEN**'s Paypal account and from there were regularly transferred to a bank account at Bank of America held in the name of ICT Global, Inc.

2

<u>Count 1</u>

7.      Between May 8, 2011 and May 26, 2011, both dates being approximate and

inclusive, in Bernalillo County, in the district of New Mexico and elsewhere, the defendants,

**JOSHUA FERDMAN, AMIR MEIR LEVI, JEFFREY P. CONTELLA** and **JOSEPH**

**COHEN** knowingly, unlawfully and wilfully combined, conspired, confederated and agreed with

one another and with others unknown to the Grand Jury to commit the following offenses against

the United States, to wit,

        a.      transporting, transmitting and transferring in interstate commerce goods of

the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud,

contrary to 18 U.S.C. § 2314; and

        b.      knowingly and with intent to defraud, using one or more unauthorized

access devices during any one-year period, and by such conduct obtaining anything of value

aggregating $1,000 or more during that period, contrary to 18 U.S.C. § 1029(a)(2).

<u>Manner and Means</u>

8.      The manner and means by which the defendants, **FERDMAN, LEVI,**

**CONTELLA** and **COHEN** sought to accomplish the objectives of the conspiracy included,

among other things the following:

        a.      Using unauthorized account numbers, names, and other personal

                identification information for Sprint customers;

        b.      Traveling to Sprint stores throughout California, Arizona and New Mexico

                and impersonating an authorized representative of the account holder, both

                in person and by telephone;

3

      c.     Purchasing significant quantities of high-value Sprint phones while fraudulently instructing the store clerk that such phones should be billed to the victim account holder thereby obtaining such phones free of charge;

      d.     Shipping the stolen phones via Federal Express from Arizona to co-defendants in California;

      e.     Negotiating prices for the sale and resale of the stolen phones and selling the stolen phones through established business outlets, including ICT Global, Inc.

### Overt Acts

9.     In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of New Mexico, and elsewhere:

      a.     On or about May 10, 2011, **FERDMAN** and **LEVI** fraudulently attempted to obtain cellular phones from a Sprint store in Fullerton, California by impersonating a Sprint account holder;

      b.     On or about May 13, 2011, **FERDMAN** and **LEVI** fraudulently attempted to obtain cellular phones from a Sprint store in Los Angeles, California by impersonating a Sprint account holder;

      c.     On or about May 14, 2011, in furtherance of the conspiracy, **CONTELLA** rented a Toyota Corolla from a Budget Car Rental outlet in Hollywood, California;

      d.     On or about May 15, 2011, **FERDMAN** and **LEVI** traveled to the San

Francisco area for purposes of fraudulently obtaining cellular phones from Sprint stores in that area;

e.    On or about May 15, 2011, **FERDMAN** and **LEVI** fraudulently obtained cellular phones from a Sprint store in Sacramento, California by impersonating a Sprint account holder;

f.    On or about May 16, 2011, **FERDMAN** and **LEVI** fraudulently obtained cellular phones from a Sprint store in Folsom, California by impersonating a Sprint account holder;

g.    On or about May 21, 2011, through Icelltech, his on-line store hosted by Ebay, **COHEN** sold a Google Nexus 4G Sprint Samsung Android phone, which had been fraudulently obtained by **FERDMAN** and **LEVI** from a Sprint store in Sacramento, California on May 15, 2011, the proceeds of such sale being received into a Paypal account used and controlled by **COHEN**;

h.    From on or about May 21, 2011 to on or about May 24, 2011, **CONTELLA** and **FERDMAN** drove the rented Corolla from the Los Angeles area to various Sprint stores in Arizona and New Mexico for purposes of fraudulently obtaining Sprint smartphones;

i.    On or about May 22, 2011, through unauthorized use of a Sprint customer account number, **FERDMAN, CONTELLA** and **LEVI** fraudulently obtained 10 HTC Evo A9292 smartphones from a Sprint store in Yuma, Arizona;

5

j.      On or about May 23, 2011, **LEVI** sent U.S. currency by Western Union to **FERDMAN** and **CONTELLA** in Arizona;

k.      On or about May 24, 2011, **FERDMAN** sent an unknown quantity of stolen cell phones from the Tucson, Arizona area to **LEVI** in Encino, California via Federal Express;

l.      On or about May 25, 2011, **LEVI** accepted the Federal Express delivery of stolen phones from **FERDMAN** and delivered those phones to **COHEN** to be resold;

m.      On or about May 25, 2011, **COHEN** sold and received payment for certain stolen phones he received from **FERDMAN** and **LEVI**;

n.      On or about May 25, 2011, **COHEN** wrote a check from the ICT Global, Inc. account at Bank of America, in the amount of $4,950 to **CONTELLA** as payment for the stolen phones delivered by **LEVI**;

o.      On or about May 25, 2011, through unauthorized use of a Sprint customer account number, **FERDMAN**, **CONTELLA** and **LEVI** fraudulently obtained 13 smartphones of various makes and models from a Sprint store in Albuquerque, New Mexico;

p.      On or about May 25, 2011, through unauthorized use of a Sprint customer account number, **FERDMAN**, **CONTELLA** and **LEVI** attempted to fraudulently obtain an additional 6 smartphones of various makes and models from a Sprint store in Albuquerque, New Mexico.

6

In violation of 18 U.S.C. § 371.

## Count 2

10.     On or about May 25, 2011, in Bernalillo County, in the district of New Mexico

and elsewhere, the defendants,  **JOSHUA FERDMAN, AMIR MEIR LEVI, JEFFREY P.**

**CONTELLA,** and **JOSEPH COHEN** knowingly and with intent to defraud used one or more

unauthorized access devices and, by such conduct, obtained goods of value aggregating $1,000 or

more.

In violation of 18 U.S.C. § 1029(a)(2) and 18 U.S.C. § 2.

## Forfeiture Allegation

11.     Paragraphs 1-10 of this Indictment are incorporated as part of this section of the

indictment as if fully re-alleged herein for the purpose of alleging forfeiture to the United States

pursuant to 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C. § 982(a)(2)(B).

12.     Upon conviction of any offense in violation of 18 U.S.C. § 1029, the defendants,

**JOSHUA FERDMAN, AMIR MEIR LEVI, JEFFREY P. CONTELLA,** and **JOSEPH**

**COHEN,** shall forfeit to the United States pursuant to 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C.

§ 982(a)(2)(B), any personal property used or intended to be used to commit the offense and any

real or personal property constituting, or derived from, proceeds obtained directly or indirectly, as

a result of such violation.

13.     Property to be forfeited to the United States includes but is not limited to the

following:

FUNDS:

All United States currency, funds, or other monetary instruments credited to account

7

number ending in 7060, in the name of ICT Global, Inc. located at Bank of America, NA.

All United States currency, funds, or other monetary instruments credited to account

number ending in 2385 in the name of G.A., an individual whose identity is known to Grand

Jury, located at Paypal, Inc.

SUBSTITUTE ASSETS:

If any of the above described forfeitable property, as a result of any act or

omission of the defendants:

    1. cannot be located upon exercise of due diligence;

    2. has been transferred or sold to, or deposited with, a third person;

    3. has been placed beyond the jurisdiction of the Court;

    4. has been substantially diminished in value; or

    5. has been commingled with other property which cannot be subdivided without

    difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

§ 982(b)(1) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of defendants up to

the value of the forfeitable property described above.

A TRUE BILL:


/s/_____
FOREPERSON OF THE GRAND JURY



Assistant United States Attorney
_____ 02/27/12 4:53pm

8

AO 245B (Rev 12/10) Criminal Judgment Sheet 1

# UNITED STATES DISTRICT COURT
**District of New Mexico**

UNITED STATES OF AMERICA
V.

**Joshua Ferdman**

**Judgment in a Criminal Case**

(For Offenses Committed On or After November 1, 1987)
## Case Number: **1:12CR00411-001JB**
USM Number: **62465-112**
Defense Attorney: **John Butcher, Appointed**

THE DEFENDANT:

☒ pleaded guilty to count(s) **1 and 2 of Indictment**
☐ pleaded nolo contendere to count(s)  which was accepted by the court.
☐ after a plea of not guilty was found guilty on count(s)

The defendant is adjudicated guilty of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. Sec. 371 | Conspiracy to Violate 18 U.S.C. Sec. 1029(a)(2) | 05/26/2011 | 1 |
| 18 U.S.C. Sec. 1029(a)(2) | Access Device Fraud | 05/25/2011 | 2 |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count .
☐ Count  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**August 16, 2013**

Date of Imposition of Judgment

**/s/ James O. Browning**

Signature of Judge

**Honorable James O. Browning**
**United States District Judge**

Name and Title of Judge

**November 8, 2013**

Date Signed

AO 245B (Rev. 12/10) Sheet 2 - Imprisonment

Judgment - Page 2 of 5

Defendant: **Joshua Ferdman**
Case Number: **1:12CR00411-001JB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 months**.

**A term of 15 months is imposed as to each of Counts 1 and 2; said terms shall run concurrently.**

**For the reasons stated on the record at the sentencing hearing held August 16, 2013, the Court varies.**

☒  The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends FCI Terminal Island, CA, if eligible.**

☒  The defendant is remanded to the custody of the United States Marshal.
☐  The defendant shall surrender to the United States Marshal for this district:
☐  at  on
☐  as notified by the United States Marshal.
☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐  before 2 p.m. on
☐  as notified by the United States Marshal
☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to
_____ at _____ with a Certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/10) - Sheet 3 - Supervised Release                                                                                    Judgment - Page 3 of 5

Defendant: **Joshua Ferdman**
Case Number: **1:12CR00411-001JB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** .

**A term of 3 years is imposed as to each of Counts 1 and 2; said terms shall run concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance.
The defendant shall refrain from any unlawful use of a controlled substance.
The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable).
☒   The defendant shall cooperate in the collection of DNA as directed by statute. (Check, if applicable).
☐   The defendant shall register with the state, local, tribal and/or other appropriate sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Criminal Monetary Penalties sheet of this judgment.
The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

AO 245B (Rev. 12/10) Sheet 3                                                                                     Judgment - Page 4 of 5

Defendant: **Joshua Ferdman**
Case Number: **1:12CR00411-001JB**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant must participate in and successfully complete an outpatient substance abuse treatment program, approved by the probation officer, which may include testing. The defendant is prohibited from obstructing or attempting to obstruct or tamper, in any fashion, with the collection, efficiency and accuracy of any substance abuse testing device or procedure. The defendant may be required to pay a portion of the cost of treatment and/or drug testing to be determined by the Probation Office.

The defendant must submit to a search of his person, property, or automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting stolen property, alcohol, controlled substances, or other contraband at the direction of the probation officer. He must inform any residents that the premises may be subject to a search.

The defendant must refrain from the use and possession of alcohol and other forms of intoxicants.

The defendant must refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs.

The defendant will be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without prior approval of the probation officer.

The defendant must provide the probation officer access to any requested financial information, personal income tax returns, authorization for release of credit information, and other business financial information in which the defendant has a control or interest.

The defendant shall have no contact with the co-defendants in this case.

The Defendant must, upon release from prison, participate in and successfully complete an inpatient substance-abuse treatment program for 6 months approved by the probation officer. The Defendant may be required to pay a portion of the cost of treatment to be determined by the probation office. Following the successful completion of an inpatient substance-abuse treatment program in that 6 month period, the Defendant shall then reside at and complete a program at at residential reentry center approved by the probation officer for a period of 6 months.

AO 245B (Rev. 12/10) Sheet 5, Part A - Criminal Monetary Penalties                                                    Judgment - Page 5 of 5

Defendant: **Joshua Ferdman**
Case Number: **1:12CR00411-001JB**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accordance with the schedule of payments.
☐       The Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| Totals: | Assessment | Fine | Restitution |
|---|---|---|---|
| | **$200.00** | **$0.00** | **$48,715.59** |

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

A     ☒   In full immediately; or

B     ☐   $ _____  immediately, balance due (see special instructions regarding payment of criminal monetary penalties).

**Special instructions regarding the payment of criminal monetary penalties:Criminal monetary penalties are to be made payable by cashier's check, bank or postal money order to the U.S. District Court Clerk, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102 unless otherwise noted by the court. Payments must include defendant's name, current address, case number and type of payment.**

**Pursuant to the Mandatory Restitution Act, it is ordered that the Defendant will pay restitution to Sprint in the amount of $48,715.59. This amount will be paid jointly and severally with the co-defendants. For tracking purposes, all payments made by the Defendant shall be submitted to the Clerk of Court, Attn: Case No. 1:12CR00411JB, 333 Lomas Blvd., N.W., Suite 270, Albuquerque, New Mexico 87102. The payments will then be forwarded to the victim at the address on file with the Clerk of the Court. The restitution will be paid at a rate of $100.00 a month or 10% of the Defendant`s income, whichever is greater. The Court waives interest and penalties.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.