PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
5/26/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DP___ DEPUTY

U.S.A.  VS.  Joshua Ferdman                                                 Docket No.:  CR14-00577-DSF

### Petition on Probation and Supervised Release (Amendment)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joshua Ferdman who was placed on supervision by the Honorable JAMES O. BROWNING sitting in the Court at Albuquerque, New Mexico, on the 16th day of August, 2013 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order.  **Jurisdiction was transferred to the Central District of California on September 30, 2014.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to correct allegation:

4.   Having been ordered by the Court not to commit another Federal, state, or local crime, on July 22, 2014, Joshua Ferdman committed first degree burglary, a felony violation of Section 459 of the California Penal Code, as evidenced by his conviction of that charge in Superior Court of California, County of Los Angeles, Case Number LA079403.

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

ORDER OF COURT

Considered and ordered this __26th__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE DALE S. FISCHER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on May 19, 2015

_____
ISAIAH MURO
U. S. Probation Officer

Place:   Woodland Hills, California