FILED
CLERK, U.S. DISTRICT COURT

SEP 14 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>  JOSHUA FERDMAN<br><br>  Defendant. | No. 14-cr-577-DSF<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

 (A)  (X)  the appearance of defendant as required; and/or

 (B)  (X)  the safety of any person or the community.

//

//

The court concludes:

A.  (✗)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he does not pose a danger, based on the Probation Officer's report and the warrant, and the Pre-Trial Services Report and its recommendation of detention

(B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he is not a flight risk, based on the Probation Office's report and warrant and the Pretrial Services report and its recommendation of detention

IT IS ORDERED that defendant be detained.

DATED: 9-14-2015

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2