HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JENNIFER J. UYEDA (Bar No. 238602)
(E-Mail: Jennifer_Uyeda@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSHUA FERDMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA FERDMAN,<br><br>  Defendant. | Case No. 14-CR-577-DSF<br><br>**LETTER IN SUPPORT OF SENTENCING; EXHIBIT**<br><br>**Revocation and Sentencing Hearing: October 19, 2015 at 8:30 a.m.** |

Defendant Joshua Ferdman, by and through his counsel of record, Deputy Federal Public Defender Jennifer J. Uyeda, hereby submits the letter attached as Exhibit A, in support of his sentencing.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: October 16, 2015    By  */s/ Jennifer J. Uyeda*
                                        JENNIFER J. UYEDA
                                        Deputy Federal Public Defender
                                        Attorney for JOSHUA FERDMAN

# EXHIBIT A

REDACTED

**Shari Davis Ferdman & Benny Ferdman**
▮▮▮▮▮▮▮▮▮▮▮▮ Woodland Hills, CA 91364
▮▮▮▮▮

October 11, 2015

Dear Honorable Judge Dale S. Fischer,

We are writing on behalf of our son Joshua Ferdman who will be in your courtroom for sentencing shortly. As you review his case and determine his sentence, we would like to share some thoughts so you can know a little better the young man who stands before you.

For over ten years Josh has struggled with addiction to opiates, and has engaged in related criminal behaviors that have been extremely painful for his entire family. He comes from a family that values honesty, kindness, education, growth and human decency. Since he has been a young boy Josh has struggled with learning disabilities and impulsive behavior which disrupted his education, self esteem, and often his good sense, despite being bright and thoughtful and full of potential. Frankly, he is an incredibly warm and loving person, adored by his extended family, and loyal group of long-time friends, who are all exasperated by his cycling in and out of relapse and jail. We are apalled that, despite his upbringing, he has chosen to commit crimes that cause emotional harm to others. Yet, we have not given up on him. We keep hoping that at some point, he will do the hard emotional work and take responsibility for his behavior, choices, relationships, and ultimately his life.

That said, during the past six months in jail, we have sensed some meaningful change in his attitude and thinking. The time he was in Wasco he had no phone access and so he wrote a constant stream of letters. It became apparent that there was some deeper reflection taking place. In a letter received a few months ago he wrote,
   *"I'm...staying busy, writing a lot, working out and really doing a lot of reflection on where my life is going. I feel different, it's hard to explain, but the idea of change seems much more possible, like for the first time I truly feel I can live a real, normal, successful life. I don't know why it feels different than before, but it does. Everyone I surround myself in here wants to change and we have these powerful conversations, unlike last time....even the types of books I am reading are different, for the first time all I want to do is learn...."*

During these months he read copiously--books on philosphy, psychology, human motivation and Jewish values. He started studying for the GED and got two weeks off his sentence for improvement on the math tests. He has been sober over a year, and has been attending AA meetings and working on the steps while incarcerated. He made amends to his younger sister, which was a big issue for him. He told us he is ready to enroll in community college when he gets out, and is eager to look for work and build his relationship with his girlfriend, who has stuck by him during his incarceration.

We think seriously about the reality of re-entry, and the hard work Josh will need to do to build a sober, productive and healthy life when he is back in the world, where he causes no harm to himself and, especially, others. He is 27 years old; studies show that for young men, it is not until after age 25 that the brain fully develops, inhibiting the impulsive behavior of younger years, and encouraging goal setting and planning. While Josh has solid support from family (as long as he stays on track), we welcome any court mandated program that provides incentives, guidance and reinforcement, including a half way house that would enable Josh to work, take classes, re-build his relationships, as well as go to therapy and AA meetings.

We hope this letter gives you a better sense of Joshua, and how much his family hopes that you consider a sentence that will encourage him to start creating a postive and healthy future for himself.
Thank you for taking the time to read this.

Sincerely,

Shari Davis Ferdman &   Benny Ferdman