UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-577 DSF | Date | 10/19/15 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Interpreter | N/A |

| Debra Plato | Pat Cuneo | Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Joshua Ferdman | | X | X | 1) Jennifer J. Uyeda | | X | X |

**Proceedings:**   PRELIMINARY HEARING RE REVOCATION OF SUPERVISED RELEASE

   The matter is called and counsel state their appearances.  Isaiah Muro, U.S. Probation Officer, is also present.  Defendant admits allegations 1, 2, and 3 of the Petition on Probation and Supervised Release filed on October 21, 2014 and amended allegation 4 of the Amended Petition on Probation and Supervised Release filed on May 26, 2015.  The Court accepts the admissions as knowingly, voluntarily, and intelligently made.  At defense counsel's request, the Court proceeds to immediate sentencing.

   The Court imposes sentence.  Supervised release is revoked and defendant, Joshua Ferdman, is committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 16 months as to Count 1 and one day as to Count 2, to be served concurrently.  On release from confinement, defendant is placed on supervised release for a term of 20 months on Count 1 and 35 months and 29 days as to Count 2, to be served concurrently, on the same terms and conditions as previously imposed.  (See Judgment and Commitment on Revocation of Supervised Release for specific information.)