UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-577 DSF |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT AND COMMITMENT |
| | ) | ON REVOCATION OF SUPERVISED |
| | ) | RELEASE |
| JOSHUA FERDMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant and his counsel, Jennifer J. Uyeda, Deputy Federal Public Defender, having appeared in person, defendant having admitted allegations 1, 2, and 3 of the Petition on Probation and Supervised Release filed on October 21, 2014, and amended allegation 4 of the Amended Petition on Probation and Supervised Release filed on May 26, 2015, and the Court having found the defendant to be in violation of the terms and conditions of supervised release originally imposed,

    IT IS ORDERED that supervised release is revoked.

    IT IS FURTHER ORDERED that defendant, Joshua Ferdman, shall be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months as to Count 1 and one day as to Count 2 to be served concurrently. On release from confinement, defendant shall be placed on supervised release for a term of 20 months on Count 1 and 35 months and 29 days as to Count 2, to be served concurrently, under the same terms and conditions as previously imposed.

    The Court advised the defendant of his right to appeal this order.

DATED: 10/19/15

                                           _____
                                           DALE S. FISCHER
                                           UNITED STATES DISTRICT JUDGE
                                           KIRY K. GRAY, CLERK

DATED/FILED: 10/19/15      By:   /s/ Debra Plato
                                  Deputy Clerk

Case 2:14-cr-00577-DSF   Document 20   Filed 10/19/15   Page 2 of 2   Page ID #:163