FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR14-00577-DSF |
| vs. | | |
| JOSHUA FERDMAN | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   JOSHUA FERDMAN

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  18   United States Code, Section(s) 3583(e)(3)

| Terry Nafisi | | |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | | 10/21/2014 Los Angeles, California |
| TITLE OF ISSUING OFFICER | | DATE AND LOCATION OF ISSUANCE |
| *Sharon Hall Bjom* | | BY: *Dale S. Fischer* |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

ARRESTED WITHIN THE C/CA
BY: USMS- LA CA
ON: 8-28-15
SIGNED: [signature]

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 of 2